1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Vijay J. Patel
Attorney at Law: 285585
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Roland Arthur Smith

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ROLAND ARTHUR SMITH,

        Plaintiff,

        vs.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

        Defendant

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:12-cv-08042-FFM

{~~PROPOSED~~} ORDER AWARDING
EQUAL ACCESS TO JUSTICE ACT
ATTORNEY FEES AND EXPENSES
PURSUANT TO 28 U.S.C. § 2412(d)
AND COSTS PURSUANT TO 28
U.S.C. § 1920

      Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

      IT IS ORDERED that fees and expenses in the amount of $4,500.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $0.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: September 2, 2014

          /S/ FREDERICK F. MUMM
         FREDERICK F. MUMM
    UNITED STATES MAGISTRATE JUDGE